# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2564

_____

Kenny Halfacre,                                    *
                                                   *
              Appellant,                           *
                                                   *   Appeal from the United States
       v.                                          *   District Court for the Eastern
                                                   *   District of Arkansas.
Larry Norris, Director, Arkansas                   *
Department of Correction; Larry May,               *   [UNPUBLISHED]
Assistant Director, Arkansas                       *
Department of Correction;                          *
Ronald Dobbs, Assistant Director,                  *
Arkansas Department of Correction;                 *
Mark Cashion, Warden, Delta Regional               *
Unit, ADC; Grant Harris, Warden,                   *
Varner Unit, ADC; Michael E. Burns,                *
Sgt., Delta Regional Unit, ADC,                    *
                                                   *
              Appellees.                           *

_____

Submitted: November 12, 2010
Filed: November 17, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Kenny Halfacre appeals the district court's[1] adverse grant of summary judgment in his civil rights action. After carefully reviewing the record de novo, see Johnson v. Hamilton, 452 F.3d 967, 971 (8th Cir. 2006) (standard of review), we agree with the district court that summary judgment was appropriate because there was no evidence that defendants violated Halfacre's due process or equal protection rights, or retaliated against him. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.